447 A.2d 666

Hartshorn, Appellants v. DeCarlo.

Petition for Allowance of Appeal Denied Oct. 12, 1982.

Argued January 19, 1982. Robert J. Kerns, for appellants; David C. Huganir, for appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

The order of June 18, 1981, is affirmed.